STATE OF MAINE

Sagadahoc, ss.

SUPERIOR COURT
AMF SAG 8/1/2013

 
CAMILLE M. CYR

      Plaintiff-Appellant

v.

      Docket No. BATSC-AP-13-002

KATE E. CONLEY

      Defendant-Appellee

## ORDER

The May 8, 2013 Scheduling Order in this small claims appeal called for the Appellant, Camille M. Cyr, to file his brief 40 days after May 7, 2013. The transcript of the small claims hearing was docketed May 16, 2013.

On June 18, 2013, the clerk received a letter from Mr. Cyr requesting "a 10 day extension," presumably of the deadline for his brief. That letter was presented to the court today. Had Mr. Cyr's brief been filed within the 10-day extension period, the court assuredly would have granted the extension, now for then. However, nothing has been filed in the six weeks since the extension request was docketed June 18, 2013. That fact renders the extension request moot since Mr. Cyr's brief, if he files one, will be untimely regardless of whether the requested 10-day extension is granted.

IT IS ORDERED that within 14 days of this order Plaintiff-Appellant Cyr will show cause by means of a written statement why his appeal should not be dismissed for failure to prosecute. He may file a brief within that same 14-day period and the court will consider whether the brief raises valid appeal issues in deciding whether the appeal

1

should be dismissed.

Pursuant to M.R. Civ. P. 79(a), the Clerk is hereby directed to incorporate this order by reference in the docket.

Dated 1 August 2013

_____
A. M. Horton
Justice, Superior Court

2

Date Filed  01/29/13          Sagadahoc County                    Docket No.
BATSC-13-2

Action:  District Court Small Action


Camille Cyr                          vs.          Kate Conley


Plaintiff's Attorney                              Defendant's Attorney
Pro-Se
Camille M. Cyr                                    Susan J Szwed, Esq
7 Algonquin Lane                                  PMB 815
Brunswick, Maine 04011                            PO Box 9715
                                                  Portland, Maine 04104-5015

Date of
Entry
Received 01/29/13:
Attested copy of the Notice of Appeal with attested copy of the docket sheet and all filings
from the West Bath District Court, filed.